WENDY M. KRINCEK, ESQ., Bar #6417
KATHRYN B. BLAKEY, ESQ., Bar #12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: kblakey@littler.com

Attorneys for Defendant
IES RESIDENTIAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM UFTRING,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IES RESIDENTIAL, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01481-APG-PAL<br><br>**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST** *AND* **ORDER GRANTING MOTION** |

Wendy M. Krincek, Esq., of the law firm of Littler Mendelson, P.C. hereby moves this Court for an Order removing Patrick H. Hicks, Esq. from the electronic service list for this case.  The basis for this Motion is that Patrick H. Hicks is no longer involved in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

All other attorneys listed for Littler Mendelson shall remain on the service list.

Dated:  September 12, 2016

Respectfully submitted,

/s/ Wendy M. Krincek, Esq.
WENDY M. KRINCEK, ESQ.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
IES RESIDENTIAL, INC.

**ORDER**

**IT IS SO ORDERED:**

**Dated:** September 14, 2016

U.S. MAGISTRATE JUDGE

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On September 12, 2016, I served the within document:

**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST *AND* ORDER GRANTING MOTION**

☒ via **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

☒ via **U.S. Mail** – by placing a true copy of the document listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

Michael P. Balaban
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
Attorneys for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2016, at Las Vegas, Nevada.

/s/ Debra Perkins
Debra Perkins

Firmwide:142712668.1 086907.1001

3.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800