WENDY M. KRINCEK, ESQ., Bar #6417
KATHRYN B. BLAKEY, ESQ., Bar #12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: kblakey@littler.com

Attorneys for Defendant
IES RESIDENTIAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM UFTRING,<br><br>           Plaintiff,<br><br>vs.<br><br>IES RESIDENTIAL, INC., a Delaware Corporation,<br><br>           Defendant. | Case No. 2:16-cv-01481-APG-PAL<br><br>STIPULATION AND ORDER TO DISMISS ENTIRE CASE WITH PREJUDICE |

Plaintiff, WILLIAM UFTRING and Defendant, IES RESIDENTIAL, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated:  November 4, 2016

Respectfully submitted,

 /s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorneys for Plaintiff
WILLIAM UFTRING

Dated:  November 4, 2016

Respectfully submitted,

/s/ Kathryn B. Blakey, Esq.
WENDY M. KRINCEK, ESQ.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
IES RESIDENTIAL, INC.

**ORDER**

IT IS SO ORDERED.

Dated this  7th  day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:143749539.1 086907.1001

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.